IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy: Deborah Hansen          Date: June 28, 2012
Court Reporter:   Gwen Daniel             Probation: Patrick J. Lynch

_____

Criminal Action No. 12-cr-00062-WJM       *Counsel:*

UNITED STATES OF AMERICA,                 Lillian Alves

    Plaintiff,

v.

ARMANDO RAMIREZ-CRUZ,                     Matthew Belcher

    Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

01:00 p.m.   Court in Session

Appearances

Oath administered to the Interpreter.

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement (by Ms. Alves)

Sentencing Statement (by Mr. Belcher)

1

**ORDERED:** **The Government's Motion To Grant The Defendant An Additional One-Level Decrease Pursuant to U.S.S.G § 3E1.1(b), (ECF No. 24), is GRANTED.**

**ORDERED:** **The United States' Motion For 1-Level Variance In Defendant's Offense Level For Acceptance Of Appellate Waiver, (ECF No. 25), is GRANTED.**

Mr. Belcher's Argument re Defendant's Motion for Downward Sentencing Variance (ECF No. 23)

Response Argument (by Ms. Alves)

Defendant's Allocution

**ORDERED:** **The Government's objection is OVERRULED.  The Defendant's Motion for Downward Sentencing Variance (ECF No. 23) is GRANTED**.

> Defendant plead guilty to a one count Indictment on April 16, 2012.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Armando Ramirez-Cruz, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of fifteen months.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give the defendant full credit for his time served in pretrial detention.**

**No period of supervised release shall be imposed.**

**The defendant is advised that if he re-enters or remains in the U.S. illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

**The Court waives the mandatory drug testing provisions of § 3563(a)(5), because it is likely that the defendant will be removed from this country.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**The defendant shall pay a special assessment of $100.00, which shall be due and**

**payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case**.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

01:33 p.m.     Court in Recess
               Hearing concluded
               Time: 33 minutes